FILED

OCT 3 0 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>      v.<br><br>GUILLERMO MORALES,<br><br>                Defendant. | Case No.  4:15-mj-71350-MAG-1   (DMR)<br><br>Charging District's Case No.<br>15-CR-20020-10-JAR |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Kansas, Kansas City

The defendant may need an interpreter for this language: No Interpreter needed.

      The defendant:      [ ] will retain an attorney.

                        [X] is requesting court-appointed counsel.

On October 19, 2015, the Court ordered the defendant released on a $100,000 bond, secured by $1,500 cash, to the custody of his sister to report to the District of Kansas for a hearing on October 26, 2015.  The government in the District of Kansas sought and obtained an order staying this Court's release order for further review of the defendant's release status.  The government in the District of Kansas also moved for the court of original jurisdiction to review this Court's release order of October 19, 2015.  Defendant must be present in the District of Kansas for review of the release order and the reviewing court will not set a hearing for review of that order until he returns to the District of Kansas.

**IT IS ORDERED:**  The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal

United States District Court
Northern District of California

for that district, or to another officer authorized to receive the defendant.  The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

**IT IS SO ORDERED.**

Dated:   10/30/15

_____

Donna M. Ryu
United States Magistrate Judge